UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT FUHRMANN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHP OFFICERS, et al.,<br><br>　　　　　　Defendants.<br>_____ | Case No. SA CV 11-270 DDP (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has considered Plaintiff's response to the Report and Recommendation. (Docket # 15.) The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: _May 8, 2012_　　　　　　_____
　　　　　　　　　　　　　　　　HON. DEAN D. PREGERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE