UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT FUHRMANN, | ) | Case No. SA CV 11-270 DDP (MRW) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CHP OFFICERS, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE:  _May 8, 2012_

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE